# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

v.

**JEFFREY ESPOSITO**

**CRIMINAL COMPLAINT**
**SEALED**
CASE NUMBER: 1:18-mj-0245

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Between in or about 2012 and on or about March 13, 2018, in Shelby County, in the Southern District of Indiana and elsewhere, JEFFREY ESPOSITO committed the following criminal offenses:

**Counts 1-20:** ESPOSITO sexually exploited a child on 20 separate occasions, in violation of 18 U.S.C. § 2251(a).

I further state that I am a Task Force Officer, and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof.

_____
Task Force Officer John Pirics, HSI

Sworn to before me, and subscribed in my presence

March 14, 2018                             at  Indianapolis, Indiana
**Date**

Mark J. Dinsmore, U.S. Magistrate Judge        _____
**Name and Title of Judicial Officer**             **Signature of Judicial Officer**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Task Force Officer John Pirics, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. **Affiant**: I am employed as a Detective with the Carmel Police Department, and I am currently assigned to the Hamilton County Metro Child Exploitation Task Force. I have been employed by the Carmel Police Department as an officer since 1995. I have received extensive training in child sexual exploitation investigation from several sources, including the Internet Crimes Against Children Task Force, the Purdue University Cyber Forensics program, the United States Attorney's Office, and the National Center for Missing and Exploited Children. I have written numerous search warrants involving internet crimes against children cases and participated in their execution. I am currently assigned to operate in an undercover capacity on the Internet to identify and investigate persons attempting to exploit or solicit sexual acts with children or trafficking in child pornography. I am also a cross designated task force officer with US Homeland Security Investigations (HSI) (formerly US Immigration and Customs Enforcement, Office of Investigations).

2. **Probable Cause:** For the reasons listed below, there is probable cause to believe that **Jeffrey Esposito** (ESPOSITO), DOB xx-xx-1965 (known to affiant, but redacted) has committed the following offenses in the Southern District of Indiana and elsewhere between in or about 2012 and on or about March 13, 2018:

a. **Counts 1 - 20: Sexual Exploitation of a Child:** On 20 separate occasions as charging each separate count, within the Southern District of Indiana and elsewhere, **Jeffrey Esposito** did employ, use, persuade, induce, entice, or coerce any minor to engage any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, if such person knows or has reason to know that either the visual depiction will be transported or transmitted via a facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, or that the visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce, or that the visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, in violation of 18 U.S.C. § 2251(a).

3. **Definitions:** The following definitions apply to this Affidavit:

a. The term "minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

b. The term "sexually explicit conduct," 18 U.S.C. § 2256(2)(A)(i-v), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

c.  The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

d.  The term "computer," as defined in 18 U.S.C. §1030(e)(1), means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

4.  On March 13, 2018 a search warrant was executed at the residence of Jeffrey Esposito, located at an apartment in Shelbyville, Indiana.

5.  ESPOSITO was present at this apartment. He was advised of his *Miranda* rights and agreed to be interviewed. He provided the following:

a.  ESPOSITO has been looking at child pornography for many years, and lately has been viewing child pornography on a daily basis.

b.  ESPOSITO locates and downloads child pornography from websites that he visits, and he also obtains child pornography by trading it with other users of various chat platforms.

c.  ESPOSITO becomes sexually aroused and masturbates when viewing child pornography.

  d. ESPOSITO began engaging in sexual conduct with B.E., a minor male child, approximately six years ago when B.E. was ten years old. During a period of approximately four years, ESPOSITO engaged in sexual acts and sexual conduct with B.E. approximately two to four times a month at his residence in Indiana, a residence in Ohio, and at least one hotel. ESPOSITO engaged in various sex acts with B.E. including anal sex and oral sex.

  e. ESPOSTIO also subjected B.E. to more extreme sex acts by urinating on B.E., whipping B.E. while B.E. was tied with ropes, penetrating B.E. with objects, and once choking B.E. during sex until B.E. cried

  f. ESPOSITO explained the sexual activity to B.E. by telling B.E. that this is what people who loved each other did.

  g. ESPOSITO often photographed and video recorded the sex acts and sexually explicit conduct with B.E. ESPOSITO would then send the files to other individuals via online chat platforms.

  h. ESPOSITO saved approximately 2 Terabytes of child pornography on his laptop computer and various external drives. He also created a folder named BSEX, which contained the videos of sex acts he engaged in with B.E.

  i. ESPOSITO stated that he was not a predator, because he loved and cared about children and believed that they could consent to sexual relationships.

6. **Forensic Examination**: On-Scene examinations were performed on the digital devices found inside of the apartment. The examinations provided the following information:

   a. Approximately two Terabytes of child pornography were located on the laptop computer and external drives belonging to ESPOSITO.

   b. The folder BSEX was located and found to contain over two hundred files depicting B.E., including those described in Attachment A.

   c. The files related to Counts 1-20 are listed in Attachment A and their visual content is described. All of these files contain a visual depiction of a minor engaging in sexually explicit conduct.

7. The residence of Jeffrey Esposito is located in the Southern District of Indiana. The Internet, used to transmit visual depictions of minors engaged in sexually explicit conduct, is a means and facility of interstate and foreign commerce. The devices recovered from the Subject Premises were manufactured outside of the State of Indiana.

8. **Conclusion** Based upon the contents of this Affidavit, there is probable cause to believe that **Jeffrey Esposito** has committed the above listed offenses. I respectfully request that the Court issue a Criminal Complaint and Arrest Warrant for **Jeffrey Esposito** charging him with the offenses listed above.

9. **Request to Seal:** Because the investigation of these offenses is ongoing, and other minor victims and related offenders are still under

investigation, I request the Court to seal this Criminal Complaint, Arrest Warrant, and Attachment A.

_____
Task Force Officer John Pirics
Homeland Security Investigations

Subscribed and sworn before me this 14th day of March, 2018.

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

## ATTACHMENT A

### Count 1

littlepain – This is a video file approximately one hour and twenty minutes in length. The video depicts B.E. bent over a bed. His hands and arms are bound by rope, there is a gag tied around his mouth, and a blindfold over his eyes. B.E. is nude and being whipped with what appears to be a leather belt. Some of the strikes cause him to cry out.

### Count 2

100_1948.MOV – This is a video file approximately twenty-four seconds in length. The video depicts B.E., who is nude and lying on a bed. B.E. masturbates and ESPOSITO can be heard giving him instructions.

### Count 3

100_1954.JPG – This is an image file which depicts B.E. performing oral sex on ESPOSITO.

### Count 4

100_1962.MOV – This is a video file approximately one minute and twenty-eight seconds in length. The video depicts B.E. performing oral sex on ESPOSITO.

### Count 5

100_1981.jpg – This is an image file that depicts ESPOSITO pulling on B.E.'s penis.

### Count 6

100_1988.jpg – This is an image file that depicts a zoomed in view of B.E.'s genitals. A vibrating device has been wrapped around his scrotum and penis.

### Count 7

100_1993.MOV – This is a video file approximately twenty-two seconds in length. It depicts B.E. performing oral sex on Esposito.

### Count 8

100_1994.mpg – This is a video file approximately thirty-one seconds in length. It depicts ESPOSITO ejaculating in B.E.'s mouth.

### Count 9

100_1996.MOV – This is a video file approximately fifty-four seconds in length. It depicts ESPOSITO penetrating B.E.'s anus with his penis and finger.

**Count 10**

100_2000.MOV – This is a video file approximately twenty-eight seconds in length. It depicts ESPOSITO engaging in anal sex with B.E.

**Count 11**

100_2002.MOV – This is a video file approximately nine seconds in length. During the video ESPOSITO appears to be engaging in anal sex with B.E., and instructs B.E. to say "I can't take anymore can I suck your dirty cock."

**Count 12**

100_2004.MOV – This is a video file approximately thirty-eight seconds in length. The video depicts B.E. performing oral sex on Esposito.

**Count 13**

100_2006.MOV – This is a video file approximately four minutes and twelve seconds in length. It depicts ESPOSITO engaging in anal sex with B.E.

**Count 14**

cleaning out.JPG – This is an image file that depicts B.E. being anally penetrated with a bottle filled with clear liquid.

**Count 15**

IMG_1517.JPG – This image depicts B.E., who is nude and bound to a chair. His uncovered genitals are visible in the image.

**Count 16**

IMG_3750.JPG – This is an image file that depicts B.E. performing oral sex on ESPOSITO.

**Count 17**

Jacky & JD Validation.mp4 – This is a video file approximately five minutes and six seconds in length. The video opens with a nude B.E. holding a handwritten sign for Jacky and JD. B.E. then engages in various sex acts with ESPOSITO.

**Count 18**

P1020017.jpg – This is an image file depicting ESPOSITO performing oral sex on B.E.

**Count 19**

P1020021.jpg – This is an image file depicting ESPOSITO digitally penetrating B.E.'s anus.

**Count 20**

pee play.mp4 – This is an video file depicting ESPOSITO urinating on B.E.'s face and in his mouth. B.E. coughs and protests during the act.