UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
APR 11 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) 1:18-cr- |
| JEFFREY ESPOSITO, | ) 1:18-cr-0109 JMS-MJD |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

At times material to all of these charges:

### Definitions

1. The term "minor," as defined in 18 U.S.C. § 2256(1), means a person under the age of eighteen (18) years.

2. The term "sexually explicit conduct," as defined in 18 U.S.C. § 2256(2)(A)(i-v), means actual or simulated 1) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same sex or opposite sex; 2) bestiality; 3) masturbation; 4) sadistic or masochistic abuse; or 5) lascivious exhibition of the genitals or pubic area of any person.

3. The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disk or by other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into

a visual image that has been transmitted by any means, whether or not stored in a permanent format.

## Defendant

4.  JEFFREY ESPOSITO, the defendant herein, was a resident of the Southern District of Indiana and elsewhere.

## General Allegations

5.  The name "Minor Victim 1" is the pseudonym of a child who was between approximately 7 and 16 years old at various times charged in the Indictment.

6.  On at least twenty separate occasions, the defendant sexually exploited Minor Victim 1 by producing visual depictions of Minor Victim 1 engaging in sexually explicit conduct.

7.  The defendant knew, and had reason to know that the visual depictions of Minor Victim 1 would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed because the defendant used a computer and electronic hard drives to move and store the depictions.

8.  The visual depictions of Minor Victim 1 were produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, because the defendant used cameras and other devices manufactured outside Indiana.

**Counts 1-20**
**Sexual Exploitation of a Child and**
**Attempted Sexual Exploitation of a Child,**
**18 U.S.C. §§ 2251(a) and (e)**

9. Paragraphs 1 through 8 of this Indictment are re-alleged and incorporated by reference in Counts 1-20.

10. On twenty separate occasions between in or about December 2008 and on or about March 13, 2018 as alleged in each separate Count, within the Southern District of Indiana and elsewhere, the defendant, JEFFREY ESPOSITO, did use, employ, entice, persuade, induce, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and did attempt to do so, knowing or having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, or that such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or that such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

| Count | Filename (Redacted) | File Type |
|---|---|---|
| 1 | File 1 | Video |
| 2 | File 2 | Video |
| 3 | File 3 | Image |
| 4 | File 4 | Video |
| 5 | File 5 | Image |
| 6 | File 6 | Image |
| 7 | File 7 | Video |
| 8 | File 8 | Image |
| 9 | File 9 | Video |
| 10 | File 10 | Video |
| 11 | File 11 | Video |
| 12 | File 12 | Video |
| 13 | File 13 | Video |
| 14 | File 14 | Image |
| 15 | File 15 | Image |
| 16 | File 16 | Image |
| 17 | File 17 | Video |
| 18 | File 18 | Image |
| 19 | File 19 | Image |
| 20 | File 20 | Video |

Each Count of which is a separate violation of 18 U.S.C. §§ 2251(a) and (e).

### Count 21
### Possession of Child Pornography
### 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)

11. Paragraphs 1 through 8 of this Indictment are re-alleged and incorporated by reference in Count 21.

12. On or about March 13, 2018, within the Southern District of Indiana, the defendant, JEFFREY ESPOSITO, knowingly possessed more than 1 image, film, videotape, or other matter which contained a visual depiction that had been mailed, or had been shipped or

4

transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which had been mailed or so shipped or transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, including minors under the age of 12 years.

All of which is a violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

## **FORFEITURE**

13. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby notifies the defendant that it will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Sections 2253 and 2254 as part of any sentence imposed.

14. Pursuant to Title 18, United States Code, Section 2253, if convicted of any of the offenses set forth in Counts 1-21 of this Indictment, the defendant shall forfeit to the United States:

a. any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depictions, which were produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

b. any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses of which the defendant is convicted, or any property traceable to such property, such as all computers, storage media, cameras and electronic equipment taken from his person or residence by law enforcement officers during the

investigation of these offenses.  It also includes any property, real or personal, constituting or traceable to gross profits of other proceeds derived from said offenses.

    c.    The property subject to forfeiture includes, but is not necessarily limited to, the computers, computer storage media, devices, phones, cameras, images and videos seized from the defendant on or about March 13, 2018.

    15.    The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 18, United States Code, Section 2253(b), if any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty.

    16.    In addition, the United States may seek civil forfeiture of the property described above pursuant to Title 18, United States Code, Section 2254.


FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Steven D. DeBrota
Assistant United State Attorney

_____
Lauren S. Kupersmith
Trial Attorney

7