UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | 1:18-CR-0109-JMS-MJD |
| | ) | |
| JEFFREY ESPOSITO, | ) | |
| Defendant. | ) | |

## PETITION TO ENTER PLEAS OF GUILTY
### and
## REQUEST FOR PRESENTENCE INVESTIGATION

The defendant Jeffrey Esposito, individually and by counsel, petitions the court for leave to enter a plea of guilty to all Counts of the Indictment dated April 11, 2018. The defendant represents to the court as follows:

1. My full true name is Jeffrey Esposito.

2. I can read and write the English language.

3. I have received a copy of the Indictment. I have read it and discussed it with my attorney and I believe I understand the charges brought against me in this case.

4. I understand that

1

    a.    The maximum statutory punishment for Counts 1 thru 20 is 30 years per count, a fine not more than $250,000, and supervised release for up to life.  The statutory punishments for Count 21 is 10 years, a fine of not more than $250,000, and supervised release for up to life.

    b.    I will have to pay, at the time of sentencing, a special assessment of $2100.

    c.    I may have to pay a fine.

    d.    I understand that restitution is mandatory by statute.

5.    I have the right to be represented by an attorney at every stage of this legal proceeding and if I am financially unable to hire an attorney, one will be appointed to represent me.

6.    I know I have a right to plead not guilty, or to persist in a not guilty plea already made, and that if I choose to plead not guilty the Constitution guarantees me:

    a.    the right to a speedy and public trial by jury in the district in which I am charged;

    b.    the right to confront and cross-examine adverse witnesses;

      c. the right to use the power and the process of the court to compel the production of any evidence, including the attendance of any witnesses in my favor, at my trial;

      d. the right to the assistance of counsel at every stage of the proceedings, including an appeal if need be;

      e. the right to remain silent, including a right not to be compelled to testify at my trial;

      f. the right to testify in my own defense at the trial; and

      g. a right to appeal my conviction and my sentence to a higher court even if I am financially unable to pay the cost of an appeal.

7. If my plea of guilty is accepted by the Court there will not be a further trial of any kind with regard to the Indictment and that by pleading guilty I waive the right to a trial.

8. I offer my plea of guilty freely and voluntarily and of my own accord.

9. I request the presentence investigation by the probation office be conducted as soon as possible.

Dated: 4/26/19

_____
JEFFREY ESPOSITO

Dated: 4/26/19

_____
William Dazey, Jr.
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN. 46204-5172
(317) 383-3520

Dated: 4/26/19

_____
Gwendolyn M. Beitz
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN. 46204-5172
(317) 383-3520

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: April 26, 2019

_____
Gwendolyn M. Beitz