

# UNITED STATES DISTRICT COURT
## Southern District of Indiana

### Laura A. Briggs, Clerk of Court

Birch Bayh Federal Building
& U.S. Courthouse, Room 105
46 East Ohio Street
Indianapolis, IN  46204
(317) 229-3700

U.S. Courthouse, Room 104
921 Ohio Street
Terre Haute, IN 47807
(812) 231-1840

Winfield K. Denton Federal Building
& U. S. Courthouse, Room 304
101 NW Martin Luther King Blvd.
Evansville, IN 47708
(812) 434-6410

Lee H. Hamilton Federal Building
& U.S. Courthouse, Room 210
121 West Spring Street
New Albany, IN 47150
(812) 542-4510

January 22, 2020

Steven D. DeBrota
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204

William H. Dazey, Jr.
INDIANA FEDERAL COMMUNITY
DEFENDERS
111 Monument Circle
Suite 3200
Indianapolis, IN 46204

RE:  UNITED STATES OF AMERICA v. JEFFREY ESPOSITO

CAUSE NO:  1:18-cr-00109-JMS-MJD-1

Dear Appellant and Appellee:

Please be advised that the Notice of Appeal filed in 1:18-cr-00109-JMS-MJD-1 has been forwarded to the United States Court of Appeals for the Seventh Circuit. The Clerk of the Seventh Circuit will assign an appellate case number, docket the appeal, and notify case participants of the Seventh Circuit case number assigned to this matter.

Please review Seventh Circuit Rule 10 (enclosed) for guidance regarding record preparation.

Please contact the Clerk's office with any questions or concerns.

Sincerely,
Laura A. Briggs,
Clerk of Court

By Laura Townsend, Deputy Clerk
812-542-4511

## Selected Rules for Reference

**CIRCUIT RULE 10. Preparation and Accessibility of Record in District Court Appeals**

**(a) Record Preparation Duties.**

**(1) Within 14 days of filing the notice of appeal the district court must ensure the district court docket is complete and made available electronically to the court of appeals.**

**(2) The clerk of the district court must prepare and hold any confidential record or exhibit not available electronically on the district court docket until requested by the court of appeals.**

**(3) Counsel must ensure, within 21 days of filing the notice of appeal, that all electronic and non electronic documents necessary for review on appeal are on the district court docket.**

(b) *Correction or Modification of Record.* A motion to correct or modify the record pursuant to Rule 10(e), Fed. R. App. P., or a motion to strike matter from the record on the ground that it is not properly a part thereof must be presented first to the district court. That court's order ruling on the motion must be included as part of the record and a notice of the order must be sent to the court of appeals.

(c) *Order or Certification with Regard to Transcript.* Counsel and court reporters are to utilize the form prescribed by this court when ordering transcripts or certifying that none will be ordered. For specific requirements, see Rules 10(b) and 11(b), Fed. R. App. P.

(d) *Ordering Transcripts in Criminal Cases.*

(1) *Transcripts in Criminal Justice Act Cases.* At the time of the return of a verdict of guilty or, in the case of a bench trial, an adjudication of guilt in a criminal case in which the defendant is represented by counsel appointed under the Criminal Justice Act (C.J.A.), counsel for the defendant must request a transcript of testimony and other relevant proceedings by completing a C.J.A. Form No. 24 and giving it to the district judge. If the district judge believes an appeal is probable, the judge must order transcribed so much of the proceedings as the judge believes necessary for an appeal. The transcript must be filed with the clerk of the district court within 40 days after the return of a verdict of guilty or, in the case of a bench trial, the adjudication of guilt or within seven days after sentencing, whichever occurs later. If the district judge decides not to order the transcript at that time, the judge must retain the C.J.A. Form No. 24 without ruling. If a notice of appeal is filed later, appointed counsel or counsel for a defendant allowed after trial to proceed on appeal in forma pauperis must immediately notify the district judge of the filing of a notice of appeal and file or renew the request made on C.J.A. Form No. 24 for a free transcript.

(2) *Transcripts in Other Criminal Cases.* Within 14 days after filing the notice of appeal in other criminal cases, the appellant or appellant's counsel must deposit with the court reporter the estimated cost of the transcript ordered pursuant to Rule 10(b), Fed. R. App. P., unless the district court orders that the transcript be paid for by the United States. A non-indigent appellant must pay a pro rata share of the cost of a transcript prepared at the request of an indigent co-defendant under the Criminal Justice Act unless the district court determines that fairness requires a different division of the cost. Failure to comply with this paragraph will be cause for dismissal of the appeal.

(e) *Indexing of Transcript.* The transcript of proceedings to be part of the record on appeal (and any copies prepared for the use of the court or counsel in the case on appeal) must be bound by the reporter, with the pages consecutively numbered throughout. The transcript of proceedings must contain a suitable index, as well as the following information:

(1) An alphabetical list of witnesses, giving the pages on which the direct and each other examination of each witness begins.

(2) A list of exhibits by number, with a brief description of each exhibit indicating the nature of its contents, and with a reference to the pages of the transcript where each exhibit has been identified, offered, and received or rejected.

(3) A list of other significant portions of the trial such as opening statements, arguments to the jury, and instructions, with a reference to the page where each begins.

When the record includes transcripts of more than one trial or other distinct proceeding, and it would be cumbersome to apply this paragraph to all the transcripts taken together as one, the rule may be applied separately to each transcript of one trial or other distinct proceeding.

(f) *Presentence Reports.* The presentence report is part of the record on appeal in every criminal case. The district court must maintain this report under seal, unless it has already been placed in the public record in the district court. If the report is under seal, the report may not be included in the appendix to the brief or the separate appendix under Fed. R. App. P. 30 and Circuit Rule 30. Counsel of record may review the presentence report but may not review the probation officer's written comments and any other portion submitted in camera to the trial judge.

(g) *Effect of Omissions from the Record on Appeal.* When a party's argument is countered by a contention of waiver for failure to raise the point in the trial court or before an agency, the party opposing the waiver contention must give the record cite where the point was asserted and also ensure that the record before the court of appeals contains the relevant document or transcript.

NOTE:   The complete Federal Rules of Appellate Procedure & Rules of the 7th Circuit Court of Appeals
are available at: http://www.ca7.uscourts.gov/Rules/Rules/rules.pdf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18-cr-00109-JMS-MJD-1 |
| | ) | |
| JEFFREY ESPOSITO, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Jeffrey Esposito, Defendant above-named, appeals to the United States Court of Appeals for the Seventh Circuit from the conviction and sentence ordered in a Judgment entered on the docket January 8, 2020 in the above captioned cause.

Respectfully submitted,

William H. Dazey, Jr.
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
(317) 383-3520

## CERTIFICATE OF SERVICE

I certify that on January 22, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

William H. Dazey, Jr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18-cr-00109-JMS-MJD-1 |
| | ) | |
| JEFFREY ESPOSITO, | ) | |
| Defendant. | ) | |

## **SEVENTH CIRCUIT RULE 3(C) DOCKETING STATEMENT**

This is a direct appeal from a criminal conviction and sentence in United States

District Court following a guilty plea for sexual exploitation of a child and attempted

sexual exploitation of a child in violation of 18 U.S.C. § 2251(a).

The jurisdiction of the United States District Court was conferred pursuant to 18

U.S.C. § 3231.   The Court of Appeals for the Seventh Circuit has jurisdiction pursuant

to 28 U.S.C. §§ 1291 and 1294(1).

Defendant was sentenced by the District Court on January 7, 2020. The

Judgment was entered on January 8, 2020.

Defendant's Notice of Appeal was filed on January 22, 2020.

Respectfully submitted,

William H. Dazey, Jr.
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
(317) 383-3520

## **CERTIFICATE OF SERVICE**

I certify that on January 22, 2020, a copy of the foregoing was filed electronically.
Notice of this filing will be sent to the parties of record by operation of the Court's
electronic filing system.   Parties may access this filing through the Court's system.

William H. Dazey, Jr.

AO 245B(Rev. 02/16) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
Southern District of Indiana

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number: 1:18CR00109-001 |
| | USM Number: 16305-028 |
| JEFFREY ESPOSITO | Gwendolyn M. Beitz and William H. Dazey Jr. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to counts 1-21

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 1 |
| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 2 |
| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 3 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

1/7/2020

Date of Imposition of Sentence:

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By _____
Deputy Clerk

Date: 1/8/2020

AO245B(Rev 02/16) Judgment in a Criminal Case                                                    Judgment Page 2 of 8

DEFENDANT: Jeffrey Esposito
CASE NUMBER: 1:18CR00109-001

## **ADDITIONAL COUNTS**

| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 4 |
|---|---|---|---|
| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 5 |
| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 6 |
| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 7 |
| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 8 |
| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 9 |
| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 10 |
| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 11 |
| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 12 |
| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 13 |
| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 14 |
| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 15 |
| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 16 |
| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 17 |
| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 18 |
| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 19 |
| 18§2251(a) | Sexual Exploitation of a Child and Attempted Sexual Exploitation of a Child | 03/13/2018 | 20 |
| 18§2252(a)(4)(B) | Possession of Child Pornography | 03/13/2018 | 21 |

AO245B(Rev 02/16) Judgment in a Criminal Case                                           Judgment Page 3 of 8

DEFENDANT: Jeffrey Esposito
CASE NUMBER: 1:18CR00109-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 30 years on each of Counts 1, 13, 14, 15, 17, and 20; and 20 years on each of Counts 2-12, 16, 18, 19, and 21. Counts 1, 13, 14, 15, 17, 20, and 21 are to be served consecutively, for a total of 200 years. Counts 2-12, 16, 18, and 19 are to be served concurrently to each other and to Count 1.

☒The Court makes the following recommendations to the Bureau of Prisons: It is recommended the defendant be designated to a facility as close to Connecticut as possible and to participate in sex offender treatment.

☒The defendant is remanded to the custody of the United States Marshal.

☐The defendant shall surrender to the United States Marshal for this district:

    ☐ at

    ☐ as notified by the United States Marshal.

☐The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant was delivered on _____ to _____
at _____, with a certified copy of this judgment.


_____
           UNITED STATES MARSHAL

BY: _____
           DEPUTY UNITED STATES MARSHAL

AO245B(Rev 02/16) Judgment in a Criminal Case          Judgment Page 4 of 8

DEFENDANT: Jeffrey Esposito
CASE NUMBER: 1:18CR00109-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of Life on each of Counts 1-21 to be served concurrently to one another.

## MANDATORY CONDITIONS

1. You must not commit another federal, state, or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic least two periodic drug tests thereafter, as determined by the court.

      ☐  The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4. ☒  You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒  You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☒  You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐  You must participate in an approved program for domestic violence. *(check if applicable)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the conditions listed below.

## CONDITIONS OF SUPERVISION

1. You shall report to the probation office in the federal judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3. You shall permit a probation officer to visit you at a reasonable time at home or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.

4. You shall not knowingly leave the federal judicial district where you are being supervised without the permission of the supervising court/probation officer.

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

AO245B(Rev 02/16) Judgment in a Criminal Case                                    Judgment Page 5 of 8

DEFENDANT: Jeffrey Esposito
CASE NUMBER: 1:18CR00109-001

9.  You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

10. You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

11. As directed by the probation officer, you shall notify third parties who may be impacted by the nature of the conduct underlying your current or prior offense(s) of conviction and/or shall permit the probation officer to make such notifications and/or confirm your compliance with this requirement.

12. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

13. You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution.

14. You shall not have <u>unsupervised</u> meetings, activities, or visits, or intentional communications with any minor unless they have been disclosed to the probation officer and approved by the court. You shall not have <u>supervised</u> meetings, activities, visits, or intentional communications with any minor unless they have been approved by the probation officer. Before you may request approval for such meetings, activities, visits, or intentional communications (unsupervised or supervised), you must notify the person(s) having custody of any such minor(s) about the conviction in this case and the fact that you are under supervision.

15. You shall not be employed in any position or participate as a volunteer in any activity that involves unsupervised meetings, intentional communications, activities, or visits with minors except as disclosed to the probation officer and approved by the court.

16. You shall not participate in unsupervised meetings, intentional communications, activities, or visits with persons you know to be a registered sex offender or to have been convicted of a felony sex offense involving an adult or minor, including any child pornography offense, except as disclosed to the probation officer and approved by the court. This condition is not intended to prevent you from participating in treatment programs or religious services with felons in such programs/services so long as the activity has been disclosed as described above.

17. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

18. You shall not possess any child pornography or visual depictions of child erotica or nude minors. Any such material found in your possession shall be considered contraband and will be confiscated by the probation officer.

19. You shall participate in a program of treatment for sexual disorders, including periodic polygraph examinations, as directed by the probation officer. The treatment provider should determine the type and timing of such polygraph examinations. The court authorizes the release of the presentence report and available psychological evaluations to the treatment provider, as approved by the probation officer.

AO245B(Rev 02/16) Judgment in a Criminal Case                                    Judgment Page 6 of 8

DEFENDANT: Jeffrey Esposito
CASE NUMBER: 1:18CR00109-001

20. You shall consent, at the direction of the probation officer, to having installed on your computer(s), telephone(s), electronic devices, and any hardware or software, systems to monitor your use of these items. Monitoring will occur on a random and/or regular basis. You will warn other occupants or users of the existence of the monitoring hardware or software. To promote the effectiveness of this monitoring, you shall disclose in advance all cellular phones, electronic devices, computers, and any hardware or software to the probation officer and may not access or use any undisclosed equipment.

21. You shall pay the costs associated with the following imposed conditions of supervised release, to the extent you are financially able to pay: sexual disorder assessment/ treatment/ physiological testing and computer monitoring systems. The probation officer shall determine your ability to pay and any schedule of payment.

I understand that I and/or the probation officer may petition the Court to modify these conditions, and the final decision to modify these terms lies with the Court.  If I believe these conditions are being enforced unreasonably, I may petition the Court for relief or clarification; however, I must comply with the directions of my probation officer unless or until the Court directs otherwise.  Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the condition of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)

_____          _____
Defendant                                                                           Date

_____          _____
U.S. Probation Officer/Designated Witness                           Date

AO245B(Rev 02/16) Judgment in a Criminal Case                                    Judgment Page 7 of 8

DEFENDANT: Jeffrey Esposito
CASE NUMBER: 1:18CR00109-001

### CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

|  | Assessment | JVTA Assessment[1] | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $2,100.00 |  |  | $36,730.00 |

☐  The determination of restitution is deferred until.  An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss[2] | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| MV1 | $3,730.00 | $3,730.00 | 1 |
| Pia | $3,000.00 | $3,000.00 | 2 |
| Mya | $3,000.00 | $3,000.00 | 2 |
| Jessy | $3,000.00 | $3,000.00 | 2 |
| Jack | $3,000.00 | $3,000.00 | 2 |
| Kauzie | $3,000.00 | $3,000.00 | 2 |
| Maureen | $3,000.00 | $3,000.00 | 2 |
| 5 Victims of the 8 Kid Series | $3,000.00 each | $15,000.00 | 2 |
| **Totals** |  |  |  |

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☒ the interest requirement is waived for the ☐ fine ☒ restitution

   ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

[1] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

[2] Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO245B(Rev 02/16) Judgment in a Criminal Case

Judgment Page 8 of 8

DEFENDANT: Jeffrey Esposito
CASE NUMBER: 1:18CR00109-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____, or

    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, ☒ F or ☒ G below); or

C ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ If this case involves other defendants, each may be held jointly and severally liable for payment of all or part of the restitution ordered herein and the Court may order such payment in the future. The victims' recovery is limited to the amount of loss, and the defendant's liability for restitution ceases if and when the victims receive full restitution.

G ☒ Special instructions regarding the payment of criminal monetary penalties:

    Any unpaid restitution balance during the term of supervision shall be paid at a rate of not less than 10 % of the defendant's gross monthly income.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s): _____

☒ The defendant shall forfeit the defendant's interest in the following property to the United States: all personal property or other assets used in connection with the offenses, including the computers, computer storage media, devices, phones, cameras, images and videos seized from him on or about March 13, 2018.

# *** PUBLIC DOCKET ***

APPEAL,CLOSED

**U.S. District Court**
**Southern District of Indiana (Indianapolis)**
**CRIMINAL DOCKET FOR CASE #: 1:18-cr-00109-JMS-MJD-1**

Case title: USA v. ESPOSITO
Magistrate judge case number: 1:18-mj-00245-MJD
*SEALED*

Date Filed: 04/11/2018
Date Terminated: 01/08/2020

Assigned to: Judge Jane Magnus-
Stinson
Referred to: Magistrate Judge Mark J.
Dinsmore

**Defendant (1)**

**JEFFREY ESPOSITO**
*TERMINATED: 01/08/2020*

represented by **Gwendolyn M. Beitz**
INDIANA FEDERAL COMMUNITY
DEFENDERS
111 Monument Circle
Suite 3200
Indianapolis, IN 46204
317-383-3520
Fax: (317) 383-3525
Email: gwendolyn_beitz@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**William H. Dazey , Jr.**
INDIANA FEDERAL COMMUNITY
DEFENDERS
111 Monument Circle
Suite 3200
Indianapolis, IN 46204
(317) 383-3520
Fax: (317) 383-3525
Email: bill.dazey@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

**Disposition**

Pleaded guilty to counts 1-21.
IMPRISONMENT: 30 years on each of
Counts 1, 13, 14, 15, 17, and 20; and 20
years on each of Counts 2-12, 16, 18,
19, and 21. Counts 1, 13, 14, 15, 17, 20,
and 21 are to be served consecutively,
for a total of 200 years. Counts 2-12,
16, 18, and 19 are to be served

18:2251.F  SEXUAL EXPLOITATION
OF A CHILD AND ATTEMPTED
SEXUAL EXPLOITATION OF A
CHILD
(1)

concurrently to each other and to Count
1. The Court makes the following
recommendations to the Bureau of
Prisons: It is recommended the
defendant be designated to a facility as
close to Connecticut as possible and to
participate in sex offender treatment.
SUPERVISED RELEASE: Life on
each of Counts 1-21 to be served
concurrently to one another. S.A. FEE:
$2100. RESTITUTION: $36,730.

Pleaded guilty to counts 1-21.
IMPRISONMENT: 30 years on each of
Counts 1, 13, 14, 15, 17, and 20; and 20
years on each of Counts 2-12, 16, 18,
19, and 21. Counts 1, 13, 14, 15, 17, 20,
and 21 are to be served consecutively,
for a total of 200 years. Counts 2-12,

18:2251.F  SEXUAL EXPLOITATION
OF A CHILD AND ATTEMPTED
SEXUAL EXPLOITATION OF A
CHILD
(2-12)

16, 18, and 19 are to be served
concurrently to each other and to Count
1. The Court makes the following
recommendations to the Bureau of
Prisons: It is recommended the
defendant be designated to a facility as
close to Connecticut as possible and to
participate in sex offender treatment.
SUPERVISED RELEASE: Life on
each of Counts 1-21 to be served
concurrently to one another. S.A. FEE:
$2100. RESTITUTION: $36,730.

Pleaded guilty to counts 1-21.
IMPRISONMENT: 30 years on each of
Counts 1, 13, 14, 15, 17, and 20; and 20
years on each of Counts 2-12, 16, 18,
19, and 21. Counts 1, 13, 14, 15, 17, 20,
and 21 are to be served consecutively,
for a total of 200 years. Counts 2-12,

18:2251.F  SEXUAL EXPLOITATION

16, 18, and 19 are to be served

OF A CHILD AND ATTEMPTED
SEXUAL EXPLOITATION OF A
CHILD
(13)

concurrently to each other and to Count 1. The Court makes the following recommendations to the Bureau of Prisons: It is recommended the defendant be designated to a facility as close to Connecticut as possible and to participate in sex offender treatment. SUPERVISED RELEASE: Life on each of Counts 1-21 to be served concurrently to one another. S.A. FEE: $2100. RESTITUTION: $36,730.

Pleaded guilty to counts 1-21. IMPRISONMENT: 30 years on each of Counts 1, 13, 14, 15, 17, and 20; and 20 years on each of Counts 2-12, 16, 18, 19, and 21. Counts 1, 13, 14, 15, 17, 20, and 21 are to be served consecutively, for a total of 200 years. Counts 2-12, 16, 18, and 19 are to be served concurrently to each other and to Count 1. The Court makes the following recommendations to the Bureau of Prisons: It is recommended the defendant be designated to a facility as close to Connecticut as possible and to participate in sex offender treatment. SUPERVISED RELEASE: Life on each of Counts 1-21 to be served concurrently to one another. S.A. FEE: $2100. RESTITUTION: $36,730.

18:2251.F  SEXUAL EXPLOITATION
OF A CHILD AND ATTEMPTED
SEXUAL EXPLOITATION OF A
CHILD
(14)

Pleaded guilty to counts 1-21. IMPRISONMENT: 30 years on each of Counts 1, 13, 14, 15, 17, and 20; and 20 years on each of Counts 2-12, 16, 18, 19, and 21. Counts 1, 13, 14, 15, 17, 20, and 21 are to be served consecutively, for a total of 200 years. Counts 2-12, 16, 18, and 19 are to be served concurrently to each other and to Count 1. The Court makes the following recommendations to the Bureau of Prisons: It is recommended the defendant be designated to a facility as close to Connecticut as possible and to participate in sex offender treatment. SUPERVISED RELEASE: Life on each of Counts 1-21 to be served concurrently to one another. S.A. FEE: $2100. RESTITUTION: $36,730.

18:2251.F  SEXUAL EXPLOITATION
OF A CHILD AND ATTEMPTED
SEXUAL EXPLOITATION OF A
CHILD
(15)

concurrently to one another. S.A. FEE:

$2100. RESTITUTION: $36,730.

Pleaded guilty to counts 1-21. IMPRISONMENT: 30 years on each of Counts 1, 13, 14, 15, 17, and 20; and 20 years on each of Counts 2-12, 16, 18, 19, and 21. Counts 1, 13, 14, 15, 17, 20, and 21 are to be served consecutively, for a total of 200 years. Counts 2-12, 16, 18, and 19 are to be served concurrently to each other and to Count 1. The Court makes the following recommendations to the Bureau of Prisons: It is recommended the defendant be designated to a facility as close to Connecticut as possible and to participate in sex offender treatment. SUPERVISED RELEASE: Life on each of Counts 1-21 to be served concurrently to one another. S.A. FEE: $2100. RESTITUTION: $36,730.

18:2251.F  SEXUAL EXPLOITATION OF A CHILD AND ATTEMPTED SEXUAL EXPLOITATION OF A CHILD
(16)

Pleaded guilty to counts 1-21. IMPRISONMENT: 30 years on each of Counts 1, 13, 14, 15, 17, and 20; and 20 years on each of Counts 2-12, 16, 18, 19, and 21. Counts 1, 13, 14, 15, 17, 20, and 21 are to be served consecutively, for a total of 200 years. Counts 2-12, 16, 18, and 19 are to be served concurrently to each other and to Count 1. The Court makes the following recommendations to the Bureau of Prisons: It is recommended the defendant be designated to a facility as close to Connecticut as possible and to participate in sex offender treatment. SUPERVISED RELEASE: Life on each of Counts 1-21 to be served concurrently to one another. S.A. FEE: $2100. RESTITUTION: $36,730.

18:2251.F  SEXUAL EXPLOITATION OF A CHILD AND ATTEMPTED SEXUAL EXPLOITATION OF A CHILD
(17)

Pleaded guilty to counts 1-21. IMPRISONMENT: 30 years on each of Counts 1, 13, 14, 15, 17, and 20; and 20 years on each of Counts 2-12, 16, 18, 19, and 21. Counts 1, 13, 14, 15, 17, 20, and 21 are to be served consecutively, for a total of 200 years. Counts 2-12, 16, 18, and 19 are to be served

18:2251.F  SEXUAL EXPLOITATION

OF A CHILD AND ATTEMPTED
SEXUAL EXPLOITATION OF A
CHILD
(18-19)

concurrently to each other and to Count
1. The Court makes the following
recommendations to the Bureau of
Prisons: It is recommended the
defendant be designated to a facility as
close to Connecticut as possible and to
participate in sex offender treatment.
SUPERVISED RELEASE: Life on
each of Counts 1-21 to be served
concurrently to one another. S.A. FEE:
$2100. RESTITUTION: $36,730.

Pleaded guilty to counts 1-21.
IMPRISONMENT: 30 years on each of
Counts 1, 13, 14, 15, 17, and 20; and 20
years on each of Counts 2-12, 16, 18,
19, and 21. Counts 1, 13, 14, 15, 17, 20,
and 21 are to be served consecutively,
for a total of 200 years. Counts 2-12,
16, 18, and 19 are to be served
concurrently to each other and to Count
1. The Court makes the following
recommendations to the Bureau of
Prisons: It is recommended the
defendant be designated to a facility as
close to Connecticut as possible and to
participate in sex offender treatment.
SUPERVISED RELEASE: Life on
each of Counts 1-21 to be served
concurrently to one another. S.A. FEE:
$2100. RESTITUTION: $36,730.

18:2251.F  SEXUAL EXPLOITATION
OF A CHILD AND ATTEMPTED
SEXUAL EXPLOITATION OF A
CHILD
(20)

Pleaded guilty to counts 1-21.
IMPRISONMENT: 30 years on each of
Counts 1, 13, 14, 15, 17, and 20; and 20
years on each of Counts 2-12, 16, 18,
19, and 21. Counts 1, 13, 14, 15, 17, 20,
and 21 are to be served consecutively,
for a total of 200 years. Counts 2-12,
16, 18, and 19 are to be served
concurrently to each other and to Count
1. The Court makes the following
recommendations to the Bureau of
Prisons: It is recommended the
defendant be designated to a facility as
close to Connecticut as possible and to
participate in sex offender treatment.
SUPERVISED RELEASE: Life on
each of Counts 1-21 to be served
concurrently to one another. S.A. FEE:
$2100. RESTITUTION: $36,730.

18:2252A.F  POSSESSION OF CHILD
PORNOGRAPHY
(21)

Pleaded guilty to counts 1-21.
IMPRISONMENT: 30 years on each of
Counts 1, 13, 14, 15, 17, and 20; and 20
years on each of Counts 2-12, 16, 18,
19, and 21. Counts 1, 13, 14, 15, 17, 20,
and 21 are to be served consecutively,
for a total of 200 years. Counts 2-12,
16, 18, and 19 are to be served
concurrently to each other and to Count
1. The Court makes the following
recommendations to the Bureau of
Prisons: It is recommended the
defendant be designated to a facility as
close to Connecticut as possible and to
participate in sex offender treatment.
SUPERVISED RELEASE: Life on
each of Counts 1-21 to be served
concurrently to one another. S.A. FEE:

$2100. RESTITUTION: $36,730.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| CTS 1-20 SEXUALLY EXPLOITED A CHILD ON 20 SEPARATE OCCASIONS | |

---

**Plaintiff**

**USA**                             represented by   **Lauren Sara Kupersmith**
U.S. DEPARTMENT OF JUSTICE
Child Exploitation & Obscenity Section

1400 New York Avenue, N.W.
Washington, DC 20005
202-514-1564
Fax: 202-514-1793
Email: lauren.kupersmith@usdoj.gov
*ATTORNEY TO BE NOTICED*
Designation: Government Attorney

**Steven D. DeBrota**
UNITED STATES ATTORNEY'S
OFFICE (Indianapolis)
10 West Market Street
Suite 2100
Indianapolis, IN 46204
317-226-6333
Fax: (317) 226-6125
Email: steve.debrota@usdoj.gov
*ATTORNEY TO BE NOTICED*
Designation: Government Attorney

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| 03/14/2018 | 1 | NOTICE OF ATTORNEY APPEARANCE Steven D. DeBrota appearing for USA. (CBU) [1:18-mj-00245-MJD *SEALED*] (Entered: 03/15/2018) |
| 03/14/2018 | 2 | COMPLAINT & AFFIDAVIT approved and signed by Judge Magistrate Judge Mark J. Dinsmore as to JEFFREY ESPOSITO (1). Electronic Notice to USM-W. (CBU) [1:18-mj-00245-MJD *SEALED*] (Entered: 03/15/2018) |
| 03/14/2018 | 4 | PENALTY SHEET as to JEFFREY ESPOSITO (1). (CBU) [1:18-mj-00245-MJD *SEALED*] (Entered: 03/15/2018) |
| 03/14/2018 | 6 | ARREST Warrant Returned by US Marshal. Service of Warrant EXECUTED on 3/13/2018 in case as to JEFFREY ESPOSITO (1). Electronic Notice to USM-W.(CBU) [1:18-mj-00245-MJD *SEALED*] (Entered: 03/15/2018) |
| 03/14/2018 | 8 | MINUTE ORDER for Initial Appearance on Complaint held before Magistrate Judge Mark J. Dinsmore on 3/14/2018. Probable Cause/Detention Hearing set for 3/20/2018 02:00 PM in room #270, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Criminal Duty Magistrate Judge. See Minute Order for further information. Defendant detained. Signed by Magistrate Judge Mark J. Dinsmore. Electronic Notice to USPO.(BAS) [1:18-mj-00245-MJD *SEALED*] (Entered: 03/16/2018) |
| 03/15/2018 | 7 | NOTICE OF ATTORNEY APPEARANCE: William H. Dazey, Jr appearing for JEFFREY ESPOSITO (1) (Federal Community Defender Appointment). (CBU) [1:18-mj-00245-MJD *SEALED*] (Entered: 03/15/2018) |
| 03/20/2018 | 9 | WAIVER of Preliminary Hearing by JEFFREY ESPOSITO (1) (CBU) [1:18-mj-00245-MJD *SEALED*] (Entered: 03/21/2018) |
| 03/20/2018 | 10 | WAIVER of Detention Hearing by JEFFREY ESPOSITO (1). (CBU) [1:18-mj-00245-MJD *SEALED*] (Entered: 03/21/2018) |
| 04/11/2018 | 11 | SEALED INDICTMENT as to JEFFREY ESPOSITO (1) count(s) 1-20, 21. Electronic notice to USM-W. (APD) (Entered: 04/11/2018) |
| 04/11/2018 | 14 | NOTICE OF ATTORNEY APPEARANCE Steven D. DeBrota appearing for USA. (APD) (Entered: 04/11/2018) |
| 04/11/2018 | 15 | NOTICE OF ATTORNEY APPEARANCE Lauren Sara Kupersmith appearing for USA. (APD) (Entered: 04/11/2018) |
| 04/11/2018 | 16 | PENALTY SHEET as to JEFFREY ESPOSITO (1). (APD) (Entered: 04/11/2018) |
| 04/13/2018 | 20 | SCHEDULING ORDER as to JEFFREY ESPOSITO (1) - Initial Appearance set for 4/20/2018 at 02:00 PM in room #243, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Criminal Duty Magistrate Judge. Signed by Magistrate Judge Mark J. Dinsmore on 4/13/2018. Electronic Notice to USPO. (MAC) (Entered: 04/13/2018) |
| 04/16/2018 | 21 | NOTIFICATION of Assigned Judge, Automatic Not Guilty Plea, Trial Date, Discovery Order and Other Matters as to JEFFREY ESPOSITO (1). Jury Trial set for 6/25/2018 09:00 AM in room #307, United States Courthouse, 46 E. |

|            |     |                                                                                                                                                                                                                                                                                                                                                              |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | Ohio Street, Indianapolis, Indiana before Judge Jane Magnus-Stinson. Signed by Judge Jane Magnus-Stinson on 4/16/2018. (MRI) (Entered: 04/16/2018)                                                                                                                                                                                                                |
| 04/16/2018 | 22  | PROCEDURES AND PRACTICES before Judge Jane Magnus-Stinson as to JEFFREY ESPOSITO (1) (MRI) (Entered: 04/16/2018)                                                                                                                                                                                                                                                  |
| 04/16/2018 | 23  | ORDER SETTING FINAL PRETRIAL CONFERENCE as to JEFFREY ESPOSITO (1) Final Pretrial Conference set for 6/14/2018 at 10:00 AM in room #307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Jane Magnus-Stinson. Counsel are reminded to review the undersigned's Practices and Procedures, available at docket number 22 . Signed by Judge Jane Magnus-Stinson on 4/16/2018. Electronic Notice to USPO.(JDC) (Entered: 04/16/2018) |
| 04/20/2018 | 24  | MINUTE ORDER for Initial Appearance on Indictment as to JEFFREY ESPOSITO (1) held before Magistrate Judge Mark J. Dinsmore on 4/20/2018. See Minute Order for further information. Defendant detained. Signed by Magistrate Judge Mark J. Dinsmore. (BAS) (Entered: 04/23/2018)                                                                                    |
| 04/20/2018 | 25  | ARREST Warrant Returned by US Marshal. Service of Warrant EXECUTED on 4/20/2018 in case as to JEFFREY ESPOSITO (1). Electronic Notice to USM-W.(CBU) (Entered: 04/23/2018)                                                                                                                                                                                         |
| 05/02/2018 | 26  | ENTRY in case as to JEFFREY ESPOSITO (1) - On April 30, 2018, the Court received a hand written letter/motion from Defendant Jeffrey Esposito (01), pro se. The Clerk is instructed to docket the letter/motion Ex Parte and send copy to defendant's counsel of record. The matter addressed in the motion is referred to the criminal duty magistrate judge for handling. Signed by Judge Jane Magnus-Stinson on 5/2/2018. (APD) (Entered: 05/02/2018) |
| 05/02/2018 | 28  | SCHEDULING ORDER as to JEFFREY ESPOSITO (1)-EXPARTE Motion Hearing set for 5/10/2018 at 3:00 PM in room #270, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Criminal Duty Magistrate Judge. Defendant Esposito and counsel seeking leave to withdraw are ordered to be present. Government is not required to be present. Signed by Magistrate Judge Tim A. Baker on 5/2/2018. Electronic Notice to USPO.(CBU) (Entered: 05/03/2018) |
| 05/15/2018 | 30  | NOTICE OF ATTORNEY APPEARANCE: Gwendolyn M. Beitz appearing for JEFFREY ESPOSITO (1) (Federal Community Defender Appointment). (APD) (Entered: 05/16/2018)                                                                                                                                                                                                         |
| 05/25/2018 | 31  | MOTION to Continue *Pretrial Conference and Jury Trial* by JEFFREY ESPOSITO (1). (Attachments: # 1 Text of Proposed Order)(Dazey, William) (Entered: 05/25/2018)                                                                                                                                                                                                   |
| 05/29/2018 | 32  | ORDER - Granting 31 Motion to Continue as to JEFFREY ESPOSITO (1). The June 14, 2018 final pretrial conference and the June 25, 2018 trial dates are vacated. The final pretrial conference shall be rescheduled to commence on January 31, 2019 at 10:00 a.m. and the jury trial date to be rescheduled to commence on February 11, 2019 at 9:00 a.m. in Room 307, United States |

| | | |
|---|---|---|
| | | Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. Signed by Judge Jane Magnus-Stinson on 5/29/2018. Electronic Notice to USPO.(APD) (Entered: 05/29/2018) |
| 01/04/2019 | 33 | MOTION to Continue *Final Pretrial Conference and Trial Date* by JEFFREY ESPOSITO (1). (Attachments: # 1 Text of Proposed Order)(Dazey, William) (Entered: 01/04/2019) |
| 01/07/2019 | 34 | ORDER - This matter is before the Court upon Defendant Jeffrey Esposito's Motion to continue the pretrial conference and trial date presently set in this cause, and the Court, being duly advised, now finds the Motion is well taken, and that the Motion should be GRANTED for the reasons set forth in Defendant's Motion 33 . The Court notes that the Government does not object. The Court finds further that the ends of justice served by the continuance outweigh the best interests of the public and Defendant to a speedy trial. IT IS THEREFORE ORDERED that the January 31, 2019 final pretrial conference and the February 11, 2019 trial dates are vacated. The final pretrial conference shall be rescheduled to commence on June 5, 2019 at 1:00 p.m. and the jury trial date to be rescheduled to commence on June 24, 2019 at 9:00 a.m. in Room 307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. (See Order). Signed by Judge Jane Magnus-Stinson on 1/7/2019. Electronic Notice to USPO.(JDH) (Entered: 01/07/2019) |
| 04/18/2019 | 35 | MOTION to Unseal Case by USA as to JEFFREY ESPOSITO (1). (Attachments: # 1 Text of Proposed Order)(DeBrota, Steven) (Entered: 04/18/2019) |
| 04/19/2019 | 36 | ORDER as to JEFFREY ESPOSITO (1) - The United States of America has moved the Court to unseal the above-entitled action. In support of its motion, the United States informed the Court that the arrest warrants have been served and therefore the interests of justice and the needs of the investigation no longer require all of this matter to remain under seal. WHEREFORE, the Court being sufficiently advised, now GRANTS the motion 35 and the Clerk of the Court is ORDERED to unseal the above-entitled action. Signed by Judge Jane Magnus-Stinson on 4/19/2019.(JDH) (Entered: 04/19/2019) |
| 04/23/2019 | 37 | ENTRY as to JEFFREY ESPOSITO (1) - On April 22, 2019, the Court received a letter from Defendant, pro se, even though he continues to be represented by counsel. The Defendant is advised that this letter will be forwarded, unread, to his counsel, who will decide whether and in what form to present the information contained in it to the Court. Counsel is ordered to remind his client that he should not send letters directly to the Court. Ms. Beitz and/or Mr. Dazey shall file a notice with the Court confirming that they have made contact with Mr. Jeffrey Esposito (01) on or before May 3, 2019. Signed by Judge Jane Magnus-Stinson on 4/23/2019. (JDH) (Entered: 04/23/2019) |
| 04/26/2019 | 38 | PETITION TO ENTER A PLEA OF GUILTY *and Request for Presentence Investigation* as to JEFFREY ESPOSITO (1). (Beitz, Gwendolyn) (Entered: 04/26/2019) |
| 04/26/2019 | 39 | NOTICE *OF STATUS OF COUNSEL* by JEFFREY ESPOSITO (1) re 37 Entry |

| | | |
|---|---|---|
| | | (Dazey, William) (Entered: 04/26/2019) |
| 04/26/2019 | 40 | ENTRY FOR APRIL 26, 2019 VACATING FINAL PRETRIAL CONFERENCE AND JURY TRIAL - CHIEF JUDGE JANE MAGNUS-STINSON - Defendant Jeffrey Esposito (01) has entered a petition to enter a plea of guilty 38 in the above-referenced cause. Therefore, the June 24, 2019, trial date and the June 5, 2019 final pretrial conference are hereby VACATED. U.S. Probation office shall prepare and file the presentence report. Signed by Judge Jane Magnus-Stinson on 4/26/2019. Electronic Notice to USPO.(JDH) (Entered: 04/26/2019) |
| 04/26/2019 | 41 | MARGINAL NOTICE as to JEFFREY ESPOSITO (1) re 39 Notice of Status of Counsel - The Court thanks counsel for their prompt attention to this matter. (JDH) (Entered: 04/26/2019) |
| 05/24/2019 | 43 | SCHEDULING ORDER as to JEFFREY ESPOSITO (1) - Defendant Jeffrey Esposito (01) has entered a petition to enter a plea of guilty 38 in the above-referenced cause. The plea will be taken on June 4, 2019 at 3:00 p.m. in Room 307 of the Birch Bayh Federal Building and U.S. Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. Sentencing will be set at a later date. Signed by Judge Jane Magnus-Stinson on 5/24/2019. Electronic Notice to USPO.(MRI) (Entered: 05/24/2019) |
| 06/05/2019 | 44 | MINUTE ORDER for proceedings held before Judge Jane Magnus-Stinson: Plea Agreement Hearing as to JEFFREY ESPOSITO (1) held on 6/4/2019. Defendant Jeffrey Esposito (01), appeared in person and by counsel, Gwendolyn Beitz and William Dazey for a change of plea hearing. The Government appeared by counsel, Steven D. DeBrota and Lauren Kupersmith, with its investigative agents Mike Johnson and John Pirics. COURT FINDS factual basis for plea and plea voluntarily made. COURT ACCEPTS Plea agreement and ADJUDGES Deft GUILTY as charged. Plea entered by JEFFREY ESPOSITO (1) Guilty Count 1-20,21. Sentencing will be set by separate order. U.S. Probation office shall prepare and file the presentence report. The defendant is remanded to the custody of the U.S. Marshal. The proceedings were adjourned. (SEE ORDER FOR MORE DETAILS.) Signed by Judge Jane Magnus-Stinson. (Court Reporter Jean Knepley) (MRI) (Entered: 06/05/2019) |
| 08/19/2019 | 46 | MOTION for Extension of Time to *Respond to Presentence Investigation Report* by JEFFREY ESPOSITO (1). (Attachments: # 1 Text of Proposed Order)(Dazey, William) (Entered: 08/19/2019) |
| 08/20/2019 | 47 | ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PRESENTENCE INVESTIGATION REPORT - This matter is before the Court upon Defendant's Motion for Extension of Time to Respond to Presentence Investigation Report, and the Court, being duly advised, now finds the Motion well taken, and that the Motion should be GRANTED for the reasons set forth in Defendant's Motion 46 . IT IS THEREFORE ORDERED that the time within which Defendant may respond to the Presentence Investigation Report filed in this case is extended through and including |

| | | |
|---|---|---|
| | | September 12, 2019. Signed by Judge Jane Magnus-Stinson on 8/20/2019. (JDC) (Entered: 08/20/2019) |
| 10/01/2019 | 50 | SCHEDULING ORDER as to JEFFREY ESPOSITO (1) Sentencing set for 1/7/2020 at 9:00 AM in room #307, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Jane Magnus-Stinson. Signed by Judge Jane Magnus-Stinson on 10/1/2019. Electronic Notice to USPO.(JDC) (Entered: 10/01/2019) |
| 12/31/2019 | 52 | SENTENCING MEMORANDUM by USA as to JEFFREY ESPOSITO (1) (Kupersmith, Lauren) (Entered: 12/31/2019) |
| 01/03/2020 | 53 | SENTENCING MEMORANDUM by JEFFREY ESPOSITO (1) (Dazey, William) (Entered: 01/03/2020) |
| 01/07/2020 | 54 | MINUTE ORDER for proceedings held before Judge Jane Magnus-Stinson: Sentencing held on 1/7/2020. Defendant Jeffrey Esposito (01) appeared in person and by counsel, Gwendolyn Beitz and William Dazey for sentencing hearing. The Government appeared by counsel, Steven D. DeBrota and Lauren Kupersmith, with its investigative agents Mike Johnson and John Pirics. Kristine Talley appeared on behalf of the United States Probation Office. The Defendant was remanded to the custody of the U.S. Marshal.The proceedings were adjourned. (SEE ORDER FOR MORE DETAILS.) Signed by Judge Jane Magnus-Stinson. (Court Reporter Jean Knepley) (MRI) (Entered: 01/07/2020) |
| 01/08/2020 | 55 | JUDGMENT as to JEFFREY ESPOSITO (1) - Pleaded guilty to counts 1-21. IMPRISONMENT: 30 years on each of Counts 1, 13, 14, 15, 17, and 20; and 20 years on each of Counts 2-12, 16, 18, 19, and 21. Counts 1, 13, 14, 15, 17, 20, and 21 are to be served consecutively, for a total of 200 years. Counts 2-12, 16, 18, and 19 are to be served concurrently to each other and to Count 1. The Court makes the following recommendations to the Bureau of Prisons: It is recommended the defendant be designated to a facility as close to Connecticut as possible and to participate in sex offender treatment. SUPERVISED RELEASE: Life on each of Counts 1-21 to be served concurrently to one another. S.A. FEE: $2100. RESTITUTION: $36,730. Signed by Judge Jane Magnus-Stinson on 1/8/2020. Electronic notice to USM-C.(JDH) (Entered: 01/09/2020) |
| 01/21/2020 | 57 | NOTICE OF APPEAL by JEFFREY ESPOSITO (1) re 55 Judgment. (No fee paid with this filing) (Dazey, William) (Entered: 01/21/2020) |
| 01/21/2020 | 58 | DOCKETING STATEMENT as to JEFFREY ESPOSITO (1) re 57 Notice of Appeal (Dazey, William) (Entered: 01/21/2020) |
| 01/21/2020 | 59 | SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET by JEFFREY ESPOSITO (1) for proceedings held on June 4, 2019 and January 7, 2020 before Judge Jane Magnus-Stinson, (Dazey, William) (Entered: 01/21/2020) |

**Case #: 1:18-cr-00109-JMS-MJD-1**